IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RICHARD W. NOLAN,            :        CIVIL ACTION
                             :        NO. 09-5470
          Plaintiff,         :
                             :
     v.                      :
                             :
ARKEMA, INC.,                :
                             :
          Defendant.         :
```

**O R D E R**

**AND NOW**, this **15th** day of **August, 2011,** for the reasons set forth in the Court's accompanying memorandum dated August 15, 2011, it is **ORDERED** that Defendants' Motion for Summary Judgment (doc. no. 22) is **DENIED.**

**AND IT IS SO ORDERED.**

      S/Eduardo C. Robreno
      **EDUARDO C. ROBRENO, J.**